ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mariana Valentina Castaneda Orrego,<br><br>Petitioner,<br><br>v.<br><br>Fred Figueroa, et al.,<br><br>Respondents. | No. CV-26-00399-PHX-SHR (DMF)<br><br>**ORDER** |

On January 22, 2026, Petitioner filed a *pro se* Petition for Writ of Habeas Corpus under § 2241 (Doc. 1). On January 26, 2026, the Court ordered Respondents to show cause as to why the Petition should not be granted (Doc. 4). Subsequently, the Federal Public Defender's Office moved to be appointed as counsel for Petitioner in this matter (Doc. 5). The Court finds appointment is in the interest of justice. *See* 18 U.S.C. § 3006A(a)(2)(B). The Court will thus grant the Motion. The operative deadlines set forth in the Court's Order to Show Cause (Doc. 4)—including the February 9, 2026 deadline for Petitioner, now through counsel, to file a reply in support of the Petition—remain in effect.

**IT IS ORDERED:**

(1) The Motion for Appointment of Counsel (Doc. 5) is **granted**. Assistant Federal Public Defender Keith Hilzendeger is appointed as counsel for Petitioner in this matter pursuant to 18 U.S.C. § 3006A(a)(2)(B).

. . . .

. . . .

1     (2)     The operative deadlines set forth in the Court's Order to Show Cause (Doc. 4) remain in effect.

Dated this 3rd day of February, 2026.

*Scott Rash*
Honorable Scott H. Rash
United States District Judge